IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEXANDER F. THOMAS,

    Petitioner,

v.                                                                                       4:24cv317–WS/MAF

RICKY DIXON, FDOC,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 9) docketed December 11, 2024. The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with a court order and for failure to prosecute. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 9) is

ADOPTED and incorporated by reference in this order of the court.

2. This case is DISMISSED without prejudice for failure to comply with a court order and for failure to prosecute.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this ___13th___ day of ___January___, 2025.


                                         s/ William Stafford
                                         WILLIAM STAFFORD
                                         SENIOR UNITED STATES DISTRICT JUDGE